PD-0190-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/17/2015 5:23:02 PM
Accepted 2/19/2015 1:21:27 PM
ABEL ACOSTA
CLERK

**NO.**

**IN THE
COURT OF CRIMINAL APPEALS
OF TEXAS**

**NO. 01-13-00851-CR**

**IN THE COURT OF APPEALS
FOR THE
FIRST JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS**

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **APPELLEE** |
| **V.** | § | |
| **ERIC SANTANA GUANCHE** | § | **APPELLANT** |

**APPEAL FROM COUNTY CRIMINAL COURT AT LAW NO. 7
HOUSTON, TEXAS
TRIAL COURT NO. 1869024**

**APPELLANT'S MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW**

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**NOW COMES, ERIC SANTANA GUANCHE,** Appellant in the above entitled and numbered cause, by and through his attorney of record, Rick Soliz, and submits this Motion for Extension of Time to file Appellant's Petition for Discretionary Review until April 18, 2015. For good cause, Appellant shows as follows.

1. This Court issued its opinion on December 16, 2014. On January 5, 2015, Appellant's motion for rehearing was filed and it was overruled on January

1

15, 2015. This petition for discretionary review is due to be filed on or about February 17, 2015. This motion for extension of time may be filed until the deadline of March 1, 2015. This is Appellant's first request for an extension of time to file Appellant's Petition for Discretionary Review.

2.      The last thirty days, Appellant's counsel has had an extremely heavy workload and out of town court business.

3.      Furthermore, Appellant's counsel was at a continuing education seminar in Austin, Texas from January 16, through January 18, 2015.

4.      This Motion is not made for delay, but to see that justice is done.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that the deadline for filing of Appellant's Petition for Discretionary be extended to April 18, 2015, or a similar date this court deems appropriate.

Respectfully submitted,

/w/ Rick Soliz

Rick Soliz
T.B.C. No. 00785013
PO Box 4051
Houston, Texas 77210
713-228-1900
jrsoliz@att.net
ATTORNEY FOR APPELLANT


This is to certify that a true and correct copy of the attached and foregoing document has been served on the Harris County District Attorney's Office on this the 17th day of January 2015.


/s/ Rick Soliz


Rick Soliz